May it please the court. My name is Paul Turner. I'm with the Federal Public Defender Office in Las Vegas, Nevada. I'm here to represent Ronald Stevenson this morning. There are two areas that we believe are most significant in this case for the court to focus on. One, we believe that the respondents are offering standards to the court that are applicable in other contexts. Here we're talking about our stay under Ryans v. Weber. We're not talking about procedural default. We're not talking about equitable tolling. This court in the Jackson v. Roe case has made it clear that a less heightened standard will be applied in the Ryans context. And we believe if that type of standard is applied here, that it's absolutely clear that Mr. Stevenson should have gotten the Ryans stay so he could go back and exhaust his claims. So what precisely is the standard? The standard for Ryans stay? How do we determine whether or not the district court erred in not providing the opportunity for a stay? Your Honor, in this case, we feel this case has unique facts to it that may not apply to every case by any means. Well, just tell me generally what the standard is. Generally, we feel the standard is that where a litigant has acted, a Petitioner has acted in a diligent manner and either has justifiably confused by what is going on in his case, and he's been diligent, or related thereto and often accompanying it where his lawyer has grossly failed in his duty to his client, where he has been ineffective, as in this case and as we can document for the Court, and I hope we have already, but I'd like to emphasize that, where the lawyer has been totally ineffective and the client has been very diligent, that that should make, be a stay at any time. Okay. So tell me what is your strongest case authority to support your argument. Well, I think Jackson v. Roe is the strongest case authority in support of a lesser standard than extraordinary circumstances, which applies, of course, in equitable to the Petitioner, which would apply in a cause-and-prejudice situation in procedural default. Clearly, those standards do not apply in this jurisdiction. But how can you say that? Go ahead. I find it very difficult to see that Mr. Stevenson can be classified as diligent when he was told twice in writing by his counsel that the notice of appeal in the Nevada Criminal Court from jurisdiction to deal with the post-conviction remedy, and he maintained the notice of appeal. He didn't withdraw it. He wasn't diligent about that. Your Honor, you have to, in order to answer that question, you have to look at the history of this case. Mr. Stevenson had consistently for about seven or eight months been asking his lawyer, as the letters that we, that are in the record reveal, asking his lawyer to do various things to expand his case, which he had a right to do, to ask. No question about that. His lawyer had not done really anything. The most key documents here are the billing records of the lawyer. They are very revealing in this case. If you examine the billing records of the lawyer, which are in the record, at EOR 390 and at EOR 487, when you examine the billing records, you'll see the lawyer did nothing, essentially nothing for his client until January 12, I believe it is, of 2006. He didn't what to his client? He did nothing in this case. He did essentially no work at all. The work was largely meaningless. There's no research done. You can't handle a habeas case without doing research. It's kind of fundamental to it. Kennedy, explain to me, if you can, what your diligent appellant did when he received the letters from his attorney telling him that the notice of appeal had to be withdrawn in order to vest the trial court with a jurisdiction to attend his post-conviction remedy petition. He justifiably, in my opinion, I believe he filed. Let's eschew adverbs. What did he do? He filed the notice of appeal to preserve his case. I know he did that. Try to concentrate on the question I asked you. What did this diligent appellant do when he received the letters from his attorney saying you must withdraw your proper notice of appeal, because if you don't, we can't proceed in the trial court, the notice of appeal has ousted the trial court of jurisdiction? What did he do? He continued to appeal his case. He did nothing. He continued to appeal his case.  He did nothing. Because I think, Your Honor, he didn't do anything. Did he take any studying at the law library in the prison as to what the effect of the notice of appeal was and whether his attorney was giving him good advice or bad advice? He had presented voluminous suggestions to his attorney that had been ignored. I guess he didn't answer my question. No, he didn't. Not to my knowledge. Okay. Well, he actually, I shouldn't say it, he later wrote his lawyer a letter asking for documents he needed for the appeal. He also prepared. But with respect to the question I asked, what did he do to solve the question, the issue that was raised by his attorney? I don't think he did anything to solve that question, Your Honor. That question, unfortunately, that was the horse was already out of the barn. The case had been lost on January 12th. I don't think any court would condone or would encourage a lawyer to do nothing in a case until it's lost and then file a motion for reconsideration to try to save the case. I don't think any, frankly, I don't think most courts would pay any attention to that kind of after-the-fact effort. It's pathetic, frankly, and it shouldn't have happened. The lawyer, we shouldn't have lawyers who operate that way. This man was also misled, affirmatively misled by his lawyer. On November 2nd, his lawyer wrote him a letter, the paralegal in the office, saying that the lawyer was researching his issues. There is no research shown on the billing records until January 12th of 2006. And that is the day that the order came down denying the petition. And, in fact, that entry on the billing record indicates two things. It says review order. The lawyer is reviewing the order, and then he's doing some research. This is a lawyer who panicked at the 24th hour, not 12th hour, 24th hour, after the fact, and attempted to throw something into the court to see if he could save anything. That's not, in my view, anything approaching effectiveness by counsel. That an uneducated, untrained lay client was unable to cleanly, maybe, deal with this is not surprising. But it's actually pretty amazing what Mr. Stevenson did here. In my experience, this is one of the most strongest efforts I've seen by a lay litigant to try to get his issues before the court. Counsel, that's a good argument if you were trying to establish a cause to excuse procedural default, but I'm not sure that argument is persuasive in the stay-in-abeyance  Your Honor, I'm not going to be obvious. I'm not sure why Your Honor would say that, but I thought that's a good argument. And if the Petitioner caused the lack of jurisdiction in the very court that it wanted to hear his claim, how can you say that he was diligent and that there was a good cause to allow the stay-in-abeyance? The problem, Your Honor, I believe, is that this was what my client did to appeal his case, was after he had been told his lawyer was doing things that did not happen, after his case has been denied, he doesn't have any reason to have any confidence or faith that there's no reason at all for this Mr. Stevenson to have any faith in this lawyer at all, and he wants to be sure his case isn't totally gone. If that appeal is not filed, he's gone. He's out of court completely. So he acts in the only way he knows how to save his case and keep it in court. Mr. Stevenson did what I think a reasonable, non-legally trained person would do. He had no reason to have any faith in this man at all. He now knew. He learned along the way. He kept escalating. If you read the letters, he keeps escalating his, excuse me, his pleas to the lawyer. Please help me. Please do this. Have you done this? Have you done that? Nothing is being done at all. Nothing. And he finally realizes as you go through here, and he has good reason to realize, nothing's being done. He's not presuming nothing's being done. He knows nothing's being done. And he has no other option but to try to appeal his case. Now ---- What about the option of asking his attorney to be substituted for somebody else? To move to withdraw his attorney, I think that he ultimately does that later, Your Honor, and I think that's a good point. I mean, maybe he should have done it earlier. But, you know, you have faith. When somebody tells you they're doing something, when you get a letter from a law office and it says they're doing something, I think all of us as lawyers would like to know that people should believe that. When it's false, it's sad. It's very, very sad, actually. This is a case of gross failure on the lawyer's part. He's getting paid good money for nothing. And this is ---- this man deserves a chance to go back and at least try to litigate his claims. Thank you. I'm sorry I went over my time. Thank you. May it please the Court, Counsel. My name is Robert Whelan. I'm Senior Deputy Attorney General employed by the Office of the Attorney General of the State of Nevada. I have the privilege of representing respondents in this matter. The problem with Petitioner's argument is that he's assuming that he has a right to not only counsel but effective assistance of counsel in state post-conviction proceedings. There are numerous cases out of the United States Supreme Court and this court that say there is no such right. When we examine this case, whether or not the Federal District Court abused its discretion in denying Mr. Stevenson a stay in this case, we have to look and see what was before the Federal District Court when the court considered that motion. All there was was a request for a stay. Mr. Stevenson said, well, he wanted his counsel to raise these issues. Counsel here has said, well, look at the letters. Well, if you look at the letters, the first date of the first letter is October 4, 2005. At that point in time, counsel, who was appointed at Mr. Stevenson's request, had already filed a supplement on August 18, 2005. The State had already answered the petition on September 21, 2005. Therefore, the first letter from Mr. Stevenson to counsel purporting to direct him to do anything did not occur until at least one-and-a-half months later. Moreover, if you examine the letters, there really isn't anything that says, counsel, I want you to do this, even assuming without conceding that the Petitioner can direct his counsel to raise any claim at all. The letter, and I would direct the Court's attention to Excerpt Record 587, a letter dated from Mr. Stevenson dated November 1st, please consider the new issues as well. Well, that falls far short of directing his counsel to raise anything. And not only that, it was untimely. So what we're faced here, Your Honors, is a circumstance where the Petitioner is asking this Court to create a right in a State habeas action where none exists. He represents now for the first time that he has been misled, yet there was no claim of any misleading or of any sort before the Federal district court. Well, I'm a little confused as to when he was represented by counsel and when he wasn't. Could you straighten me out on that? He was represented. He applied for he asked the State district court to appoint him counsel. And that was during the post-conviction. I believe it was on May 18th, 2005, when he made that request. Yes, it was. When he filed his State petition, he asked for the appointment of counsel. On May 24th, 2005, the State district court appointed him counsel. And it was on August 18th, 2005, that State appointed counsel, counsel appointed at Mr. Stevenson's request, filed a supplement to the State habeas petition. It was on September 21st, 2005, where the answer, the State filed its answer. And the first letter, as I pointed out, was not until October 4th. But by that point in time, the State had already filed its answer in its opposition to the State petition anyway. So Mr. Stevenson can't prevail under any circumstance, any theory propounded even at this late date, unless he can show that somehow or another after that, the State district court was going to entertain any additional pleadings on his. Well, okay. He was represented by counsel during those post-conviction proceedings in State court. Now, when did he file his Federal petition? His Federal petition was filed. 2006? Yes. And that was filed pro se? Yes, it was. And was he represented by counsel during the course of those? Or does he just have counsel on appeal? Mr. Turner was appointed on appeal in this matter, Your Honor. But as I pointed out and as we pointed out in our brief, the problem is, is there's no right to counsel, no right to effective assistance of counsel. You have to look at what was before the court at the point in time when he requested to stay. All there was was a naked, unsworn statement that he had directed counsel to file some issues. He didn't even specify that. Respondents opposed the application for the stay. It was not until Mr. Stevenson filed a motion for reconsideration that he presented anything even purporting to be evidence of a direction. Is that when the billing records and other things? Yes, it was, Your Honor. And was he represented then? No, he was not. But the point is, is that those documents could not have been, should not have been not in the original pleading. And ultimately, the Federal District Court denied not only the motion for stay, but denied the motion for reconsideration. What's the status of the State court proceedings now? Are they long gone? I believe they're over and done with, Your Honor. That presents another problem, and that is, is that with respect to the plainly the unexhausted claims would be very clearly procedurally barred at this point in time because the State of Nevada operates on the, you don't have to have an invitation to file your, any subsequent, your, first of all, your State habeas action or any subsequent State habeas action. And as a matter of fact, it says petitioner's time spent in Federal court, I believe it's the you have an opportunity to do stuff here, that's not cause under any State procedural bar. Unless the Court has any other questions, I'm prepared to submit it. Thank you, Your Honor. Well, does anybody have any questions? We'll give you 30 seconds if you want to respond quickly. The 10th, the October 4 letter references other letters. It's at EOR 579. There were a lot of other letters, but I just would ask the Court to read the letters. This man was very diligent. He filed his State petition within two months of when he had a year. He filed his Federal within two months when he had a year. There's one of them. Could I mention just one other document very quickly? I apologize, Your Honor. It's at EOR 395. It's an order of the Court, State court, in December. Before it denied the case in January, it says it's going to look at some photographs and then the case is going to be under submission. That case was over. There was not going to be any evidentiary hearing. His lawyer never told Mr. Stevenson at all. He ignored that. Thank you, Your Honor. Thank you. The matter just argued is submitted for decision.
judges: Schroeder, Rawlinson, Bea